No. 79–5986.   MAHLER v. NELSON, WARDEN, 444 U. S. 1092. Motion for leave to file petition for rehearing denied.

APRIL 17, 1980

No. 79–5974.   BROCKINGTON ET AL. v. GEORGIA.   Ct. App. Ga.   Certiorari dismissed as to petitioner Brockington under this Court's Rule 60.